# United States District Court
# Northern District of Indiana
# Hammond Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 2:16-CR-95 JVB |
| MANUEL RAMOS | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge on a plea of guilty by Defendant Manuel Ramos (DE 22). No objections have been filed to Magistrate Judge Martin's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Manuel Ramos, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the Indictment.

SO ORDERED on November 14, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
